**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: WOLFORD, RANDALL STEPHEN | § | Case No. 3:10-01950 |
| WOLFORD, RHONDA KAY | § | |
| PROPRIETORSHIP, APPALACHIAN SOLE | § | |
| Debtor(s) BAKER, RHONDA KAY | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 10, 2010. The undersigned trustee was appointed on September 10, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         91,885.96

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 7,256.04 |
   | Bank service fees | 4,288.70 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 25,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]       $ | 55,341.22 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/27/2011 and the deadline for filing governmental claims was 03/09/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,490.27. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,490.27, for a total compensation of $7,490.27.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $138.60, for total expenses of $138.60.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/21/2013          By:/s/ROBERT W. TRUMBLE
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 3:10-01950 | **Trustee:** (680070) ROBERT W. TRUMBLE |
| **Case Name:** WOLFORD, RANDALL STEPHEN | **Filed (f) or Converted (c):** 09/10/10 (f) |
| WOLFORD, RHONDA KAY | **§341(a) Meeting Date:** 10/21/10 |
| **Period Ending:** 11/21/13 | **Claims Bar Date:** 01/27/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 3 Bedroom House at 11 Lafeyette Lane, Inwood, 25 | 100,000.00 | 0.00 | | 0.00 | FA |
| 2 | Attached 1980 Mobile Home, WV survivorship | 40,000.00 | 0.00 | | 0.00 | FA |
| 3 | 4 Acres uninproved, survivorship | 200,000.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account at Bank of Romney, Romney, WV | 25.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account at MVB Bank, Inc. Charles Town, | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Checking Account at First United Bank, Inwood, W | 1.00 | 0.00 | | 0.00 | FA |
| 7 | Checking Account at Capon Valley Bank, Wardensvi | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Checking Account at FNB Bank, Romney, WV | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Checking Account at MVP Bank, Charles Town, WV | 40.00 | 0.00 | | 0.00 | FA |
| 10 | Checking Account at Romney Federal Credit Union, | 50.00 | 0.00 | | 0.00 | FA |
| 11 | Financial Account - ILOC at FNB of Romney | 14,000.00 | 9,763.07 | | 9,763.07 | FA |
| 12 | Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 14 | Firearms - 12 Guage Shotgun | 100.00 | 0.00 | | 0.00 | FA |
| 15 | Term Only | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 401(k) | 2,000.00 | 0.00 | | 0.00 | FA |
| 17 | State Retirement | 100.00 | 0.00 | | 0.00 | FA |
| 18 | Stock Account | 400.00 | 0.00 | | 0.00 | FA |
| 19 | Anticipated 2009 Refund | Unknown | 0.00 | | 0.00 | FA |
| 20 | 2010 Chevy Silverado | 35,000.00 | 0.00 | | 0.00 | FA |
| 21 | 2010 Honda Civic | 20,000.00 | 0.00 | | 0.00 | FA |
| 22 | 16 4-Wheelers The Debtors do not maintain they o | 70,000.00 | 0.00 | | 0.00 | FA |
| 23 | Tools of trade - 2 Computers $800, multiple piec | 18,450.00 | 0.00 | | 0.00 | FA |
| 24 | 16 4-Wheelers | 70,000.00 | 0.00 | | 0.00 | FA |
| 25 | Future Lawsuit against the First National Bank o | Unknown | 0.00 | | 0.00 | FA |
| 26 | 3 Computers - $1,200, Tire Changer - $1,000, Air | 5,250.00 | 0.00 | | 0.00 | FA |
| 27 | Proceeds of Auctioned Property and other cash re | 48,084.00 | 82,117.10 | | 82,117.10 | FA |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:10-01950  
**Case Name:** WOLFORD, RANDALL STEPHEN  
WOLFORD, RHONDA KAY  
**Period Ending:** 11/21/13

**Trustee:** (680070) ROBERT W. TRUMBLE  
**Filed (f) or Converted (c):** 09/10/10 (f)  
**§341(a) Meeting Date:** 10/21/10  
**Claims Bar Date:** 01/27/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| Int | INTEREST (u) | Unknown | N/A | | 5.79 | Unknown |
| 28 | Assets   Totals (Excluding unknown values) | **$625,250.00** | **$91,880.17** | | **$91,885.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

> PREPARE AND FILE ESTATE TAX RETURNS.

**Initial Projected Date Of Final Report (TFR):**   September 15, 2011   **Current Projected Date Of Final Report (TFR):**   December 31, 2013

Printed: 11/21/2013 11:59 AM    V.13.13

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 3:10-01950
**Case Name:** WOLFORD, RANDALL STEPHEN
WOLFORD, RHONDA KAY
**Taxpayer ID #:** **-***5046
**Period Ending:** 11/21/13

**Trustee:** ROBERT W. TRUMBLE (680070)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******76-65 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/02/11 | {27} | David Jones CAI Auctioneer | Proceeds from Auction Sale of ATVS, Parts, Inventory, etc. | 1129-000 | 82,117.10 | | 82,117.10 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.63 | | 82,117.73 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.69 | | 82,118.42 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 157.49 | 81,960.93 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.69 | | 81,961.62 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 190.91 | 81,770.71 |
| 09/06/11 | {11} | TEXTRON FINANCIAL CORP - DFG G | Excess Proceeds from line of credit | 1129-000 | 9,763.07 | | 91,533.78 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -5.62 | 91,539.40 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.73 | | 91,540.13 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 184.07 | 91,356.06 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.77 | | 91,356.83 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 181.46 | 91,175.37 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.74 | | 91,176.11 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 199.85 | 90,976.26 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.77 | | 90,977.03 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 186.93 | 90,790.10 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.77 | | 90,790.87 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 198.48 | 90,592.39 |
| 02/17/12 | 1001 | MRSC Insurance Partners, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/17/2012 FOR CASE #10-01950 | 2300-000 | | 74.95 | 90,517.44 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 179.42 | 90,338.02 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 185.11 | 90,152.91 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 178.57 | 89,974.34 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 202.83 | 89,771.51 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 177.82 | 89,593.69 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 195.83 | 89,397.86 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 189.29 | 89,208.57 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 170.61 | 89,037.96 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 200.69 | 88,837.27 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 182.04 | 88,655.23 |
| 12/27/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001068007088 20121227 | 9999-000 | | 88,655.23 | 0.00 |

Subtotals :    $91,885.96    $91,885.96

{} Asset reference(s)                                                                                         Printed: 11/21/2013 11:59 AM    V.13.13

Exhibit B

**Form 2**

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 3:10-01950 | **Trustee:** | ROBERT W. TRUMBLE (680070) |
|---|---|---|---|
| **Case Name:** | WOLFORD, RANDALL STEPHEN | **Bank Name:** | The Bank of New York Mellon |
| | WOLFORD, RHONDA KAY | **Account:** | 9200-******76-65 - Checking Account |
| **Taxpayer ID #:** | **-***5046 | **Blanket Bond:** | $2,000,000.00   (per case limit) |
| **Period Ending:** | 11/21/13 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 91,885.96 | 91,885.96 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 88,655.23 | |
| | | | **Subtotal** | | **91,885.96** | **3,230.73** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$91,885.96** | **$3,230.73** | |

{} Asset reference(s)                                                                                       Printed: 11/21/2013 11:59 AM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 3:10-01950
**Case Name:** WOLFORD, RANDALL STEPHEN
WOLFORD, RHONDA KAY
**Taxpayer ID #:** **-***5046
**Period Ending:** 11/21/13

**Trustee:** ROBERT W. TRUMBLE (680070)
**Bank Name:** Rabobank, N.A.
**Account:** ****360265 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/28/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 88,655.23 | | 88,655.23 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.68 | 88,536.55 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.05 | 88,396.50 |
| 02/28/13 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | 118.66 | 88,277.84 |
| 03/14/13 | 11002 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/14/2013 FOR CASE #10-01950 | 2300-000 | | 71.09 | 88,206.75 |
| 03/18/13 | 11003 | RANDALL STEPHEN WOLFORD | Payment of Debtor's exemption pursuant to Order dated 3/6/13 | 8100-002 | | 12,500.00 | 75,706.75 |
| 03/18/13 | 11004 | RHONDA KAY WOLFORD | Payment of Debtor's exemption pursuant to Order dated 3/6/13 | 8100-002 | | 12,500.00 | 63,206.75 |
| 03/29/13 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | 118.51 | 63,088.24 |
| 04/30/13 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | 106.97 | 62,981.27 |
| 05/31/13 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 93.60 | 62,887.67 |
| 06/28/13 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 84.42 | 62,803.25 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.36 | 62,703.89 |
| 08/20/13 | 11005 | McNeer, Highland, McMunn and Varner, L.C. | Payment of special counsel fees and expenses pursuant to Order dated 8/20/13 | 3210-600 | | 7,110.00 | 55,593.89 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.80 | 55,506.09 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.17 | 55,428.92 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.70 | 55,341.22 |
| | | | **ACCOUNT TOTALS** | | 88,655.23 | 33,314.01 | **$55,341.22** |
| | | | Less: Bank Transfers | | 88,655.23 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 33,314.01 | |
| | | | Less: Payments to Debtors | | | 25,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$8,314.01** | |

{} Asset reference(s)                                                                                              Printed: 11/21/2013 11:59 AM   V.13.13

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 3:10-01950 | **Trustee:** ROBERT W. TRUMBLE (680070) |
| **Case Name:** WOLFORD, RANDALL STEPHEN | **Bank Name:** Rabobank, N.A. |
| WOLFORD, RHONDA KAY | **Account:** ****360265 - Checking Account |
| **Taxpayer ID #:** **-***5046 | **Blanket Bond:** $2,000,000.00  (per case limit) |
| **Period Ending:** 11/21/13 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******76-65** | 91,885.96 | 3,230.73 | 0.00 |
| **Checking # ****360265** | 0.00 | 8,314.01 | 55,341.22 |
| | $91,885.96 | $11,544.74 | $55,341.22 |

{} Asset reference(s)

Printed: 11/21/2013 11:59 AM    V.13.13

# E X H I B I T   A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 27, 2011

**Case Number:** 3:10-01950　　　　　　　　　　　　　　Page: 1　　　　　　　　　**Date:** November 21, 2013
**Debtor Name:** WOLFORD, RANDALL STEPHEN　　　　　　　　　　　　　　　　　　　**Time:** 11:59:40 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ROBERT W. TRUMBLE<br>275 AIKENS CENTER<br>POST OFFICE BOX 2509<br>MARTINSBURG, WV 25402 | Admin Ch. 7 | | $7,490.27 | $0.00 | 7,490.27 |
| 200 | ROBERT W. TRUMBLE<br>275 AIKENS CENTER<br>POST OFFICE BOX 2509<br>MARTINSBURG, WV 25402 | Admin Ch. 7 | | $138.60 | $0.00 | 138.60 |
| 200 | Smith, Elliot, Kearns & Company, LLC<br>480 North Potomac Street<br>Hagerstown, MD 21740 | Admin Ch. 7 | | $1,015.80 | $0.00 | 1,015.80 |
| 9P<br>570 | WorkForce WV/Legal Section<br>112 California Avenue<br>Charleston, WV 25305 | Priority | Allow as priority unsecured claim. Claimant has provided sufficient documentation to support this claim. | $1,482.02 | $0.00 | 1,482.02 |
| 1<br>100 | First United Bank and Trust<br>P.O. Box 9<br>Oakland, MD 21550-0009 | Secured | Disallow. Trustee did not liquidate secured property held by this Claimant. Stay relief granted on secured property by Order dated 10/29/10. | $0.00 | $0.00 | 0.00 |
| 2<br>100 | Ally Financial fka GMAC<br>P.O. Box 130424<br>Roseville, MN 55113 | Secured | Disallow. Trustee did not liquidate secured property held by this Claimant. | $0.00 | $0.00 | 0.00 |
| 3S<br>100 | FNB Bank<br>c/o Booth & McCarthy<br>P.O. Box 4669<br>Bridgeport, WV 26330 | Secured | Disallow secured claim. Trustee did not liquidate secured property held by this Claimant. Stay relief granted on secured property by Orders dated by 11/22/10 and 10/13/11. | $0.00 | $0.00 | 0.00 |
| 9S<br>100 | WorkForce WV/Legal Section<br>112 California Avenue<br>Charleston, WV 25305 | Secured | Disallow. Trustee did not liquidate the secured property to which this claim attaches. | $0.00 | $0.00 | 0.00 |
| 3U<br>610 | FNB Bank<br>c/o Booth & McCarthy<br>P.O. Box 4669<br>Bridgeport, WV 26330 | Unsecured | Allow as general unsecured claim. Claimant has provided sufficient documentation to support this claim. | $174,871.32 | $0.00 | 174,871.32 |
| 4<br>610 | Capon Valley Bank<br>P.O. Box 119<br>2 W. Main Street<br>Wardensville, WV 26851 | Unsecured | Disallow. Claim amended by Claim 4-2 | $0.00 | $0.00 | 0.00 |
| 4 -2<br>610 | Capon Valley Bank<br>P.O. Box 119<br>2 W. Main Street<br>Wardensville, WV 26851 | Unsecured | Disallow. By Order dated 11/5/10, Claimant was given 90 days from the date of the Order to file a deficiency POC. Deficiency POC not filed until 3/4/11. | $0.00 | $0.00 | 0.00 |

# E X H I B I T   A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 27, 2011

**Case Number:** 3:10-01950  
**Debtor Name:** WOLFORD, RANDALL STEPHEN

Page: 2

**Date:** November 21, 2013  
**Time:** 11:59:40 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 / 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | Allow as general unsecured claim. Claimant has provided sufficient documentation to support this claim. | $960.56 | $0.00 | 960.56 |
| 6 / 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | Allow as general unsecured claim. Claimant has provided sufficient documentation to support this claim. | $6,162.20 | $0.00 | 6,162.20 |
| 7 / 610 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | Allow as a general unsecured claim. Claimant had provided sufficient documentation to support this claim. | $32,045.63 | $0.00 | 32,045.63 |
| 8 / 610 | Arctic Cat Sales, Inc.<br>16175 Collections Center Drive<br>Chicago, IL 60693 | Unsecured | Disallow. Claimant has not attached any documentation to support claim. | $0.00 | $0.00 | 0.00 |
| 10 / 610 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Allow as general unsecured claim. Claimant has provided sufficient documentation to support this claim. | $3,286.35 | $0.00 | 3,286.35 |
| 11 / 610 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | Allow as general unsecured claim. Claimant has provided sufficient documentation to support this claim. | $13,991.46 | $0.00 | 13,991.46 |
| 12 / 610 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>Post Office Box 740933<br>Dallas, TX 75374 | Unsecured | Allow as general unsecured claim. Claimant has provided sufficient documentation to support this claim. | $555.68 | $0.00 | 555.68 |
| 13 / 610 | Valley Gas-Steven Oates<br>HC 71 Box 35A<br>Augusta, WV 26704 | Unsecured | Allow as general unsecurred claim. Claimant has provided sufficient documentation to support this claim. | $7,800.00 | $0.00 | 7,800.00 |
| 14 / 610 | OPHRYS, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | Allow as general unsecured claim. Claimant has provided sufficient documentation to support this claim. | $3,762.15 | $0.00 | 3,762.15 |
| 15 / 610 | Allegheny Power<br>Post Office Box 1392<br>Fairmont, WV 26555-1392 | Unsecured | Allow. Claimant has provided sufficient documentation to support this claim. | $141.29 | $0.00 | 141.29 |
| 16 / 610 | Textron Financial Corporation<br>11575 Great Oaks Way STE 210<br>Alpharetta, GA 30022-2426 | Unsecured | Disallow. Pursuant to Order dated 8/11/11, Claimant is not to receive any distribution on account of this claim. | $0.00 | $0.00 | 0.00 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 27, 2011

**Case Number:** 3:10-01950  
**Debtor Name:** WOLFORD, RANDALL STEPHEN

Page: 3

**Date:** November 21, 2013  
**Time:** 11:59:40 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 17 610 | Jeremy J. Buckley<br>HC 63 Box 2200<br>Romney, WV 26757 | Unsecured | Allow as general unsecured claim. Debtor has provided sufficient documentation to support this claim. | $91,227.93 | $0.00 | 91,227.93 |
| 18 610 | Afton Malick<br>HC 71, 13 A<br>Augusta, WV 26704 | Unsecured | Allow as general unsecured claim. | $5,200.00 | $0.00 | 5,200.00 |
| 19 610 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | Allow as general unsecured claim. Claimant has provided sufficient documentation to support claim. | $8,996.99 | $0.00 | 8,996.99 |
| **<< Totals >>** | | | | 359,128.25 | 0.00 | 359,128.25 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 3:10-01950
Case Name: WOLFORD, RANDALL STEPHEN
Trustee Name: ROBERT W. TRUMBLE

**Balance on hand:** $ 55,341.22

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 55,341.22

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ROBERT W. TRUMBLE | 7,490.27 | 0.00 | 7,490.27 |
| Trustee, Expenses - ROBERT W. TRUMBLE | 138.60 | 0.00 | 138.60 |
| Accountant for Trustee, Fees - Smith, Elliot, Kearns & Company, LLC | 1,015.80 | 0.00 | 1,015.80 |

Total to be paid for chapter 7 administration expenses: $ 8,644.67
Remaining balance: $ 46,696.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 46,696.55

UST Form 101-7-TFR (05/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,482.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | WorkForce WV/Legal Section | 1,482.02 | 0.00 | 1,482.02 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 1,482.02 |
| Remaining balance: | $ | 45,214.53 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 349,001.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3U | FNB Bank | 174,871.32 | 0.00 | 22,655.27 |
| 5 | Chase Bank USA, N.A. | 960.56 | 0.00 | 124.44 |
| 6 | Chase Bank USA, N.A. | 6,162.20 | 0.00 | 798.34 |
| 7 | Fia Card Services, NA/Bank of America | 32,045.63 | 0.00 | 4,151.64 |
| 10 | Capital One Bank (USA), N.A. | 3,286.35 | 0.00 | 425.76 |
| 11 | PYOD LLC its successors and assigns as assignee of | 13,991.46 | 0.00 | 1,812.65 |
| 12 | Chase Bank USA, N.A. | 555.68 | 0.00 | 71.99 |
| 13 | Valley Gas-Steven Oates | 7,800.00 | 0.00 | 1,010.52 |
| 14 | OPHRYS, LLC | 3,762.15 | 0.00 | 487.40 |
| 15 | Allegheny Power | 141.29 | 0.00 | 18.30 |
| 17 | Jeremy J. Buckley | 91,227.93 | 0.00 | 11,818.94 |
| 18 | Afton Malick | 5,200.00 | 0.00 | 673.68 |
| 19 | Capital One, N.A. | 8,996.99 | 0.00 | 1,165.60 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 45,214.53 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**